No. 831. CAMDEN TRUST CO. *v.* GIDNEY, COMPTROLLER OF THE CURRENCY, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Bernard G. Segal* and *Samuel D. Slade* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *John G. Laughlin, Jr.* for the Comptroller of the Currency, and *Arthur Littleton* for Delaware Valley National Bank of Delaware Township, respondents. Briefs of *amici curiae*, in support of the petition, were filed by *Arthur J. Sills*, Attorney General of New Jersey, and *David Landau*, Deputy Attorney General, for the State of New Jersey, and by *James F. Bell* for the National Association of Supervisors of State Banks.

No. 834. SCOZZARI *v.* ROSENBERG, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. *Joseph S. Hertogs* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for respondent.

No. 840. ONSRUD MACHINE WORKS, INC., *v.* EKSTROM-CARLSON & Co. C. A. 7th Cir. Certiorari denied. *Charles W. Rummler* and *William A. Snow* for petitioner. *Richard R. Wolfe* for respondent.

No. 842. KELLY *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John J. Nealon* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.